IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3029 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEROD J. OLIVERIUS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's motion to extend filing deadline, (filing no. 23), is granted. The defendant's objections to the Findings and Recommendation on defendant's motion to suppress, (filing no. 22), shall be filed on or before September 9, 2011. Any response thereto shall be filed on or before September 30, 2011.

2) The defendant's motion to continue trial, (filing no. 24), is granted. The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on November 28, 2011, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and November 28, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 17th day of August, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge