IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3029 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JEROD J. OLIVERIUS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's retained counsel, Sean Brennan, has moved to withdraw, (filing no. 30),and the defendant has moved for appointment of counsel. (Filing No. 31). The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. Filing No. 32. Accordingly,

IT IS ORDERED:

1) The motion to withdraw filed by attorney Sean Brennan, (filing no. 30), is granted. Mr. Brennan shall promptly notify the defendant of the entry of this order. The clerk shall delete Mr. Brennan from any future ECF notifications herein.

2) The defendant's motion for appointment of counsel, (filing no. 31), is granted. The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

4) The clerk shall promptly forward this order to the Federal Public Defender.

5) Counsel for the government shall promptly contact my chambers with a list of all conflicts for this case, the list to be forwarded to the Federal Public Defender.

DATED this 4th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge