IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JEROD J. OLIVERIUS,<br><br>        Defendant. | 4:11CR3029<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) Defendant's motion to inspect seized materials, (filing no. 59), is granted.

2) The government is ordered to provide defense counsel and defendant's computer expert with access to the computer hard drives seized in this case under the terms and conditions set forth in the parties' stipulation of record, (Filing No. 60), which is hereby approved and ordered by the court.

3) The defendant, his counsel, and defendant's expert shall comply with all terms, conditions, and limitations of use and dissemination set forth in the parties' stipulation. (Filing No. 60).

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge