IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3029 |
| | ) | |
| V. | ) | |
| | ) | |
| JEROD J. OLIVERIUS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Because a 60 to 90 day self-surrender date will allow the defendant an adequate amount of time to prepare for prison and begin the long process of treatment,

IT IS ORDERED that the defendant's motion to continue (filing 94) is denied.

DATED this 2nd day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge