IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3029 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| JEROD J. OLIVERIUS, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consultation with counsel, and to accommodate the need for additional time at the sentencing hearing,

IT IS ORDERED:

1.    The defendant's sentencing, originally scheduled for 12:00 noon on Thursday, April 25, 2013, is moved to begin at 11:30 a.m. on Thursday, April 25, 2013, before the undersigned United States district judge in Courtroom No. 2, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska; and

2.    The Clerk of Court shall notify the U.S. Marshal and probation officer Annalee Thomas regarding the change in time.

DATED this 24th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*

Senior United States District Judge